1
2
3
4
5

HONORABLE RONALD B. LEIGHTON

6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9
10
11
12
13

TONY KIM WHITE,

                        Plaintiff,

        v.

KORY SHAFFER, et al.,

                        Defendants.

CASE NO. C13-5952 RBL

ORDER DENYING APPLICATION
TO PROCEED IFP ON APPEAL

14
15

        THIS MATTER is before the Court on Plaintiff White's Motion [Dkt. #50] for Leave to

Proceed *in forma pauperis* on his appeal of this Court's Order [Dkt. #46] dismissing his claims.

16
17
18
19

        A court should "deny leave to proceed *in forma pauperis* at the outset if it appears from

the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First

Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C.

§ 1915(e)(2)(B)(i).

20

        White's claims are without merit for the reasons articulated in this Court's prior Orders.

21
22
23
24

1    The Motion to proceed in forma pauperis is DENIED.

2    IT IS SO ORDERED.

3    Dated this 17th day of April, 2014.

4

5                                     RONALD B. LEIGHTON

6                                     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DENYING APPLICATION TO PROCEED
IFP ON APPEAL - 2